UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKARAND GADRE,

                Plaintiff,

      -v-                                21-CV-11221 (JPO)

HEXANIKA, INC.,                    ORDER

                Defendant.

J. PAUL OETKEN, District Judge:

      Plaintiff Makarand Gadre filed a motion for default judgment against Defendant Hexanika, Inc. on August 18, 2022. (Dkt. No. 23). Plaintiff filed a certificate of service indicating that the motion for default judgment was served on the Defendant on September 23, 2022. (Dkt. No. 26-3). If Defendant wishes to respond, it must retain counsel and file a response by **October 28, 2022**.

      Defendant should note that a corporate entity may not appear *pro-se*—in other words, **Hexanika, Inc. must retain legal counsel to contest this lawsuit**.

      If Defendant does not file a response through its counsel by October 28, 2022, default judgment may be granted in favor of Plaintiff.

      Plaintiff is directed to provide a copy of this order to Defendant by email.

      SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                       United States District Judge