**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MAKARAND GADRE,

             Plaintiff,

   -against-                                        21 **CIVIL** 11221 (JPO)

                                                          **JUDGMENT**

HEXANIKA, INC.,

            Defendant.
---------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated August 11, 2025, the Court finds that Gadre has established his breach of contract claim with respect to the 2015, 2018, and 2020 Agreements, but has failed to establish his breach of contract claim with respect to the 2017 Agreement or his promissory estoppel claim. The Court finds that Hexanika has failed to establish its breach of contract and unjust enrichment claims. Judgment is entered in favor of Makarand Gadre and against Hexanika, Inc. in the amount of $102,000 plus prejudgment interest at 9 percent per annum, calculated from December 31, 2020 to the date of judgment, in the amount of $33,198.90; accordingly, the case is closed.

**Dated:** New York, New York

      August 12, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                  **BY:**          K. mango

                                                           **Deputy Clerk**